*incompetence*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jorge Rodriguez Jr
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Brookdale University hospital and Medical Center
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

RECEIVED
FEB 24 2017
PRO SE OFFICE

**COMPLAINT**

Jury Trial:  ☐ Yes   ☑ No
(check one)

CV 17 - 2042

VITALIANO, J.

BLOOM, M.J.

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name  Jorge Rodriguez
                 Street Address  205 Jamaica Ave
                 County, City  Brooklyn
                 State & Zip Code  NY  11207
                 Telephone Number  929-331-3821

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1       Name  Brookdale University hospital and Medical Center
                      Street Address  1 Brookdale plaza

*Rev. 05/2010*

County, City _Brooklyn_____

State & Zip Code _NY, 11212_____

Telephone Number _____

**Defendant No. 2**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Incompetence, Civil rights violated, IX, VI, VII, XIV, XV, 1, 14_ _503 and 504 equal access, equal treatment, Boy Scout of america_ _bill of right violated_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? 1 Brookdale plaza Snapper unit#

B.    What date and approximate time did the events giving rise to your claim(s) occur? 8/15 or 9/15

C.    Facts: My claim is incompetence. I suffered pain and injury to my face, Neck, head, Jaw, mouth because of incompetence and unlawful practice, Negligence by the dr. The pain was sever and seriously dreadful. The pain lasted quite a while. I Spoke my concerns to the doctor, explain to him how I don't need or want to take drugs that I donot Know the side effect of the drugs given me where not lable with possible side effect, And that's illegal, forbidden. Because of that illistic practice I suffered much great and unnecessary agony, discomfort. It was a torturas feel, experience. The dr most tell you a patient what are the side effect before the drugs can be subsected Subscribed. If the warning is not told or explained before consuming Consumption of the drugs which can Lead to a allergic reaction, It would make This a crime. Yet the pills where force on, which is a violation of my patient bill of rights. Dr. said if I refuse he will order the Juge to order a motion which will allow the hospital to forceful make me take the drugs by way of injections. I also got X rays done.

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My mouth and Jaw was very hurt during this torturas Episode. My neck also was in a critical danger. The turning of the neck with that much strain could have lead to a fatal Medical Malpractice. And my head hurt also.

Rev. 05 2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _350,000,000, Injunction restitution_

_Lost Benefits._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24_ day of _Dec 2_, 20 _17_.

Signature of Plaintiff    _X gb,_

Mailing Address    _265 Jamaica Ave_

_Brooklyn NY 11207_

Telephone Number    _929-331-3821_

Fax Number *(if you have one)* _____

**Note:**  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

**Brookdale Hospital Medical Center**     One Brookdale Plaza
Brooklyn NY 11212-3139
Inpatient Record

RODRIGUEZ,GORGE
MRN: 3677680
DOB: 8/11/1983, Sex: M
Acct #: 2000733154
Adm: 8/29/2015 D/C: 9/14/2015

---

Progress Notes - Progress Notes (continued)

Progress Notes by Chuanshen Wu, MD at 09/10/15 0920 (continued)

defensive, with poor insight/impulse control. Pt denies AVH or suicidal/homicidal ideations.Continue to educate medication compliance and fluid intake. Blood pressure is 101/68 today. Neck and mandible X-ray are negative, no fracture.

**Current Treatment Team Observations and Symptoms:**
Do you feel like hurting others?: No
Do you feel like hurting yourself?: No

Orientation Level: Oriented X4
Mood: Labile
General Attitude: Within Defined Limits

Affect: Inconsistent with mood
Eye Contact: Good
Wanders and/or Paces: No
Exhibited Behavior: Cooperative
Coherency: Circumstantial
Content: Within Defined Limits
Delusions: None
Hallucination: None
Judgment: Impaired
Confusion: None

**Psychiatric Review Of Systems:**
Resisting Care - meds: 0 - Not present

Sleep Pattern: Sleeps all night
Total Hours of Sleep: 8
Appetite: Good
Percent Meals Eaten (%): 100 %
Psychological ROS: positive for - as above
**Physical Review of Systems:**

As per HPI

**PAST, FAMILY, SOCIAL HISTORY**
History reviewed. No pertinent past medical history.
History reviewed. No pertinent past surgical history.
History
Substance Use Topics.
  • Smoking status:                    Never Smoker
  • Smokeless tobacco:               Never Used
  • Alcohol Use:                          No

**CURRENT MEDICATION**  No Known Allergies

MEDS:                                                                                 Page 67

Printed on 9/2/2016  3:09 PM

**Brookdale Hospital Medical Center**    One Brookdale Plaza    RODRIGUEZ,GORGE
Brooklyn NY 11212-3139    MRN: 3677680
Inpatient Record    DOB: 8/11/1983, Sex: M
Acct #: 2000916319
Adm: 2/2/2016 D/C: 3/2/2016

---

### Progress Notes - Progress Notes (continued)

**Progress Notes by Robin Wieder, LCSW-R at 02/24/16 1113 (continued)**

overide.Sw to continue re this matter.

Electronically signed by Robin Wieder, LCSW-R on 02/24/16 1114

**Progress Notes by Yohanan Preschel, MD at 02/24/16 1119**

| | | |
|---|---|---|
| Author: Yohanan Preschel, MD | Service: Psychiatry | Author Type: Psychiatrist |
| Filed 02/24/16 1124 | Note Time: 02/24/16 1119 | Status: Signed |
| Editor: Yohanan Preschel, MD (Psychiatrist) | | |

## INPATIENT PSYCHIATRIC PROGRESS NOTE: BROOKDALE HOSPITAL: 5SF/5SF-12

**Patient Name:** Gorge Rodriguez          **Age:** 32 y.o. (8/11/1983)

**Medical Record #:**3677680          **Date:** 2/24/2016 11:19 AM

**CHIEF COMPLAINT/REASON FOR ENCOUNTER:**
Other

Gorge Rodriguez is 32 y.o. male who was admitted (2/2/2016) for treatment of Schizophrenia, paranoid [F20.0]

Interval History: pt seen and chart reviewed, also seen w/ Ms. Metellus Nursing Manager. Pt stated that pt touched his butt, feels that he is been stalked is preoccupied w/ calling police. I asked pt whether he would like me to meet w/ that pt, or point him out, but pt said no " i don't want you to speak to him" Despite much explanations that police report is not necessary. Nurses can write a report about his complaint. Pt continues to be pre occupied w/ calling the police. Pt is paranoid, refusing meds, does not want medication feels that he does not need it and that he does not need it. That he had an allergic reaction in past. I offered him other meds, pt refused to take any meds. Pt absolutely does not accept that every member of his family stated that he had belived that there were devices in house monitoring him, pt said its all false. No toughts to hurt anybody.

**Current Nursing Observations and Symptoms:**
Do you feel like hurting others?: No
Do you feel like hurting yourself?: No

Orientation Level: Oriented X4
Mood: Uncooperative (Refused medication despite teaching and encouragment. )
General Attitude: Within Defined Limits
Level of Consciousness: Alert;Quiet/awake
Affect: Appropriate to circumstances
Eye Contact: Fair
Wanders and/or Paces: No
Exhibited Behavior: Guarded
Coherency: Blocking;Circumstantial
Content: Delusions
Delusions: Paranoid
Hallucination: None
Judgment: Limited

Page 357

Printed on 9/2/2016 3:10 PM

| Brookdale Hospital Medical Center | One Brookdale Plaza<br>Brooklyn NY 11212-3139<br>Inpatient Record | RODRIGUEZ,GORGE<br>MRN: 3677680<br>DOB: 8/11/1983, Sex: M<br>Acct #: 2000733154<br>Adm: 8/29/2015 D/C: 9/14/2015 |
|---|---|---|

**Progress Notes - Progress Notes (continued)**

**Progress Notes by Chuanshen Wu, MD at 09/09/15 1135 (continued)**

| Author: Chuanshen Wu, MD<br>Filed: 09/09/15 1143<br>Editor: Chuanshen Wu, MD (Resident)<br>Related Notes: | Service: Psychiatry<br>Note Time: 09/09/15 1135 | Author Type: Resident<br>Status: Signed |
|---|---|---|

Cosigned by Yohanan Preschel, MD (Psychiatrist) filed at 09/09/15 1829

## INPATIENT PSYCHIATRIC PROGRESS NOTE: BROOKDALE HOSPITAL: 5SF OVERFLOW/5SFO-02

**Patient Name:** Gorge Rodriguez          **Age**: 32 y.o. (8/11/1983)

**Medical Record #:**3677680          **Date:** 9/9/2015 11:36 AM

### CHIEF COMPLAINT/REASON FOR ENCOUNTER:
Hallucinations, Psychiatric Evaluation and Other

> Interval History: Pt seen and evaluated, chart reviewed. Pt is covering his head with blanket. Pt keeps asking for X-ray because he is concerned about his jaw. After explaining to pt that was haldol side effects, Pt still doesn't believe what MD said. Pt blood pressure is normal after taking ensure supplement. Pt is less guarded, but still very careful and alert to answer every question. And still very paranoid and very defensive and with poor insight/impulse control. Pt denies AVH or suicidal/homicidal ideations. Pt is religiously preoccupied. Continue to educate medication compliance and fluid intake. Pt agrees to take zyprexa.

### Current Treatment Team Observations and Symptoms:
Do you feel like hurting others?: No
Do you feel like hurting yourself?: No

Orientation Level: Oriented X4
Mood: Labile
General Attitude: Within Defined Limits

Affect: Inconsistent with mood
Eye Contact: Good
Wanders and/or Paces: No
Exhibited Behavior: Cooperative
Coherency: Circumstantial
Content: Within Defined Limits
Delusions: None
Hallucination: None
Judgment: Impaired
Confusion: None

### Psychiatric Review Of Systems:
Resisting Care - meds: 0 - Not present

Sleep Pattern: Sleeps all night
Total Hours of Sleep: 7
Appetite: Good
Percent Meals Eaten (%): 100 %

Printed on 9/2/2016  3:09 PM

**Brookdale Hospital Medical Center**   One Brookdale Plaza
Brooklyn NY 11212-3139
Inpatient Record

RODRIGUEZ,GORGE
MRN: 3677680
DOB: 8/11/1983, Sex: M
Acct #: 2000733154
Adm: 8/29/2015 D/C: 9/14/2015

Progress Notes - Progress Notes (continued)

Progress Notes by Chuanshen Wu, MD at 09/02/15 1205 (continued)

feel safe here?" Pt is alert and asks "what do you mean?". Pt denies agitation when admitting and declares he doesn't need to take any medications. And MD should not listen to one side story. Pt is very guarded, evasive, very paranoid and very defensive. Pt refused medications and with very poor insight. As according to history, pt has poor impulse control. Pt denies AVH or suicidal/homicidal ideations. Pt is religiously preoccupied. Will consider liquid medications.

## Current Treatment Team Observations and Symptoms:
Do you feel like hurting others?: No
Do you feel like hurting yourself?: No

Orientation Level: Oriented X4
Mood: Cooperative
General Attitude: Cooperative

Affect: Inconsistent with mood
Eye Contact: Fair
Wanders and/or Paces: No
Exhibited Behavior: Cooperative
Coherency: Within Defined Limits
Content: Within Defined Limits
Delusions: None
Hallucination: None
Judgment: Limited
Confusion: None

## Psychiatric Review Of Systems:
Resisting Care - meds: 0 - Not present

Sleep Pattern: Sleeps all night
Total Hours of Sleep: 8
Appetite: Good
Percent Meals Eaten (%): 100 %
Psychological ROS: positive for - as above
## Physical Review of Systems:

## As Per HPI

## PAST, FAMILY, SOCIAL HISTORY
History reviewed. No pertinent past medical history.
History reviewed. No pertinent past surgical history.
History
Substance Use Topics
- Smoking status:                Former Smoker
- Smokeless tobacco:             Not on file
- Alcohol Use:                   No

Printed on 9/2/2016  3:09 PM

**Brookdale Hospital Medical Center**    One Brookdale Plaza
Brooklyn NY 11212-3139
Inpatient Record

RODRIGUEZ,GORGE
MRN: 3677680
DOB: 8/11/1983, Sex: M
Acct #: 2000733154
Adm: 8/29/2015 D/C: 9/14/2015

## Progress Notes - Progress Notes (continued)

**Progress Notes by Dennise Escoe at 09/04/15 1926 (continued)**

Affect: Other: inconsistent with mood.
Insight: poor
Judgment: poor
Behavior: Cooperative

Does cultural/religious values have an effect on patient's hospitalization/illness: No
Would patient like to see clergy? (If yes, please indicate name/contact info/response): No

**Preliminary Plan**

Strengths: Medical coverage
Weaknesses: History of Non-Complicance

Tentative Goals
Short Term: Patient is to comply with medication regiment. Patient is to be involved with group activities. Patient is to be involved with discharge planning.
Long Term: For patient to comply with medication and psychiatric follow up treatment care once discharged.

Initial Discharge Plans: Patient can return to live with his family, and will be referred for psychiatric and substance abuse at the realization Center, 1(718) 342-6700, Kings County Hospital, adult clinic 1(718) 240-2727
 or Woodhull  Hospital. 1(718) 388-5889

Is patient involved/agreeable with plan?: Yes

Narrative: Patient is a 32 year old Afro American male, with complaints of irrational behavior. Patient is non compliant with his medication or follow up  treatment care, while living in the community. Patient denies any history of psychiatric hospitalization. How ever, his mother, reported patient being treated as an inpatient at Woodhull Hospital, and Kings County Hospital,  And thinks that he has abused marijuana or some form of illicit street drugs. Patient has a supportive family.

Dennise Escoe
9/4/2015

Electronically signed by Dennise Escoe on 09/05/15 1641

**Progress Notes by Eric Thompson, RN at 09/05/15 2240**

**Brookdale Hospital Medical Center**    One Brookdale Plaza    RODRIGUEZ,GORGE
Brooklyn NY 11212-3139    MRN: 3677680
Inpatient Record    DOB: 8/11/1983, Sex: M
Acct #: 2000733154
Adm: 8/29/2015 D/C: 9/14/2015

## Progress Notes - Progress Notes (continued)

**Progress Notes by Dindial Singh, MD at 09/07/15 1052 (continued)**

Electronically signed by Dindial Singh, MD on 09/07/15 1053

**Progress Notes by Chuanshen Wu, MD at 09/08/15 0912**

| | | |
|---|---|---|
| Author: Chuanshen Wu, MD | Service: Psychiatry | Author Type: Resident |
| Filed: 09/08/15 1357 | Note Time: 09/08/15 0912 | Status: Signed |
| Editor: Chuanshen Wu, MD (Resident) | | |
| Related Notes: | Cosigned by Yohanan Preschel, MD (Psychiatrist) filed at 09/08/15 2006 | |

### INPATIENT PSYCHIATRIC PROGRESS NOTE: BROOKDALE HOSPITAL: 5SF OVERFLOW/5SFO-02

**Patient Name:** Gorge Rodriguez    **Age:** 32 y.o. (8/11/1983)

**Medical Record #:**3677680    **Date:** 9/8/2015 9:12 AM

### CHIEF COMPLAINT/REASON FOR ENCOUNTER:
Hallucinations, Psychiatric Evaluation and Other

Interval History: Pt seen and evaluated, chart reviewed. Pt is getting up and preparing to go for breakfast. Over the weekend, pt blood pressure was bordline And ordering ensure supplement. Pt also complained acute dystonia symptoms after taking Haldol, Pt mentioned he was unable to move his head and his jaw was tight. Pt keeps requesting an X-ray for his neck and jaw to make sure they are normal. Pt is still very careful and alert to answer every question. Pt is still very guarded, evasive, very paranoid and very defensive and with poor insight/impulse control. Pt denies AVH or suicidal/homicidal ideations. Pt is religiously preoccupied. Continue to educate medication compliance and fluid intake.

### Current Treatment Team Observations and Symptoms:
Do you feel like hurting others?: No
Do you feel like hurting yourself?: No

Orientation Level: Oriented X4
Mood: Labile;Fearful
General Attitude: Within Defined Limits

Affect: Inconsistent with mood
Eye Contact: Fair
Wanders and/or Paces: No
Exhibited Behavior: Cooperative;Impulsive
Coherency: Circumstantial
Content: Within Defined Limits
Delusions: None
Hallucination: None
Judgment: Impaired
Confusion: None

### Psychiatric Review Of Systems:
Resisting Care - meds: 0 - Not present

Printed on 9/2/2016 3:09 PM

**Brookdale Hospital Medical Center**    One Brookdale Plaza
Brooklyn NY 11212-3139
Inpatient Record

RODRIGUEZ,GORGE
MRN: 3677680
DOB: 8/11/1983, Sex: M
Acct #: 2000733154
Adm: 8/29/2015 D/C: 9/14/2015

## Discharge - All Orders and Results (continued)

### Imaging - All Orders and Results

**XR Mandible < 4 Vw**                                                                                    Completed

This order may be acted on in another encounter.

| | | | |
|---|---|---|---|
| Ordering user: | Chuanshen Wu, MD 09/08/15 1242 | Ordering provider: | Chuanshen Wu, MD |
| Electronically signed by | Chuanshen Wu, MD 09/08/15 1242 | | |

In process

| | | | |
|---|---|---|---|
| Performed: | 09/09/15 2025 - 09/09/15 2103 | Resulting Lab: | RADIOLOGY |

**Final result**

| | | | |
|---|---|---|---|
| Performed: | 09/09/15 2025 - 09/09/15 2103 | Resulting Lab: | RADIOLOGY |
| Narrative: | MANDIBLE X-RAYS | | |

Diagnosis: Trauma.

Towne's and bilateral oblique views of the mandible were obtained. The patient reportedly was unable to cooperate with positioning and the study is of suboptimal technical quality.

There is no evidence of fracture. There are no bone lesions.

Impression:

IMPRESSION:

No evidence of mandibular fracture in a somewhat technically limited exam..

**XR Neck Soft Tissue**                                                                                    Completed

This order may be acted on in another encounter.

| | | | |
|---|---|---|---|
| Ordering user: | Chuanshen Wu, MD 09/08/15 1242 | Ordering provider: | Chuanshen Wu, MD |
| Electronically signed by. | Chuanshen Wu, MD 09/08/15 1242 | | |

In process

| | | | |
|---|---|---|---|
| Performed: | 09/09/15 2025 - 09/09/15 2102 | Resulting Lab: | RADIOLOGY |

**Final result**

| | | | |
|---|---|---|---|
| Performed: | 09/09/15 2025 - 09/09/15 2102 | Resulting Lab: | RADIOLOGY |
| Narrative | X-RAYS OF THE SOFT TISSUES OF THE NECK | | |

Diagnosis: Pain.

AP and lateral views of the soft tissues of the neck were obtained.

The bony structures appear unremarkable. The epiglottis is normal. The airway is midline and is not compressed or displaced. There is no prevertebral soft tissue swelling.

Impression:

IMPRESSION:

Negative x-rays of the soft tissues of the neck.

## Medications

**All Meds and Administrations**

on Sunday [monday] sometime ...

And I experience a bad and I mean a real bad side affect my neck ... I felt like it was going to be seriusly injured. my right side of the neck pled back so much and Hard It was so pain fully. And my whole Jaw also was insurd. Out the right side way more then the left there was even snapping [the kind of ...] (like when you snap your hand Knackly. The feeling was really bad. I can ... And Adole is ... to cause these side effects.

...
...
...

Then after the ... of Adole happend ... were I told Dear Pre Shad Hethous ... Yah, that happnds ... I was Also ...

Italon

Zyprexa

Annette Alston -
Social Worker

And they knew the side effect. After I the Effaocs finished because they came and went I went to sleep then woke up to a nurse ready to hand me another dose I then explain to the nurse what toke place and she said that's normaly. She also still tryed to offer it to me. The HalDol,

Finaly when I seen my primary Docter, After trying to track him down for a few day He once again barfily spoke winning and I with him. I told him about what happend and that I would need a xray like I have been telling the other nurses who I believe was stalling me (I'll get back to that) After talk to him about what happened He Okay I set up a xray for so But He never did for the Jaw and natte. I had to fight for it on my own by asking over and over again and again. The day that I got my xray the nurse said you are on a moment and any time now they are going to call you. But they never did. So I ask at a later time. I asked some one else. Then they finally came to do it. the Xray. So the points (with the Xray) It toke It toke many days from with I asks do to the nurses than, Back to the docter, beside what he said about the Xray when I spoke about the bad side streets he also told me Yeah that a common side effect. when He said + he said ++ it behaw for years After he I then knew he did. now if he knew the drug that was right for me form the begining, the one that I should be take according to his (supose diagnose) the one that would not give me that pain and hurt then why would he try out a experanion with me that can and did lead to a medical malPractic,

My name is [illegible] ...

347-932-5774 - my number

This is a summrey of my complant. 929-220-6764 - my Mother's

On Saturday 5, 2015 After I recered my last dose of <u>HalDol</u> not sure if that's the correct spelling) I had a bad side effect. I was extermly pain full I mean I thought my Jaw was going to rip off during all the musle contrey... and muscle spasm. not (sure if that's the correct spelin) Also during this Eipesod the right side of my nake and Lower nake was effected. my nake was moving in... all by itself. The feeling was Horrifying. my face and... eyes and Lips where all effected.

I told the docter that the primary docter that I was not in need of the drug that was subscrid to me. I did not need to use that drug. I even asked the docter if there would be any side effect and He not answer me but be gain to say If there is any side effect I'll... drugs to another more Suitable. In other words one that would not... me side effects. (why not give me the one that is good to me... frist) That's call medical malpractic. I was concerned that HalDol would effect my organs I spoke to the primary Docter about these posseasiety about HalDol effecting my heart kindness Liver or even massing up in the fetur my penniss. And giving me a distuntionaly disorder I said all this to him and He the primary Docter Just continue with the dose. I even ask if The side affects are writen on the Lables so I can no and not take a risks if it's bad. I have Concerns taking drug that I don't know the side effect like the rest of USA It is agaunt the Law sell of for a mayger corporation or even farmer' sutlca company to hand people over the counter drugs with out telling people the danger of the side effect, That's way in the T.v when talking about a drug they tell all the veiwers the side effect before they can sell it. But I was not told of the side effects.

# Message Confirmation Report

## 23-SEP-2006 02:23 PM SAT

Xerox WorkCentre 4118 Series
Machine ID          :
Serial Number       :  not installed
Fax Number          :

Name/Number    :    6496
Page           :    3
Start Time     :    23-SEP-2006 02:22PM SAT
Elapsed Time   :    00'42"
Mode           :    STD ECM
Results        :        O.K

---

ATTN: Mr. Juan

My name _____ orge Rodriguez.

347-932-5574 - my number

This is a Summary of my complaint. 929-220-6764 - my Mother.

On Saturday 5, 2015 After I received my last doc of Haldol (not sure if that's the correct spelling) I had a bad side effect. I was extremly painful ___ mean I thought my Jaw was going to ___ off during all the m___ c___ ___ muscle ___ (Sure if that's the correct Spelling) Also during this ___ the right side of my ___ and ___ was effected. my nose was ___ ___ ___ ___ The feeling was Harrifying. my face and ___ eyes and Lips were all effected.

I told the ___ the ___ emergency doctor that I was not ___ of the drug that was ___ to me. I did not ___ to use the drug. I even asked the doctor if there would be any side effect and he not answer me but he ___ to say if there is any side effect I ___ ___ drug to ___ more Suitable In other words one that would not ___ me side effects. (why not give me the one that's good in first first) That's call medical malpractice. I was concerned that Haldol ___ effect my organs I spoke to the primary Doctor about these possibly about Haldol effecting my heart kindness Liver or even massing up ___ ___ my pennis And giving me a disfuntionaly disorder I said all this to him and he the primary Doctor Just ___ ___ the dos. I even ask it The side effects are written on the bottle so I ___ and not take a risks if it's bad. I have concerns ___ ___ that ___ ___ ___ ___ ___ like the rest of USA It is against the law ___ for a mayser condition ___ even former Suitlca company to hand people over the counter drugs without telling ___ the danger of the side effect, That's way in the TV when talking about ___ they tell all the viewers the side effect before they can Sell it. But I was not told of the side effects.

# Patients' Bill of Rights

**As a patient in a hospital in New York State, you have the right, consistent with law, to:**

(1) Understand and use these rights. If for any reason you do not understand or you need help, the hospital MUST provide assistance, including an interpreter.

(2) Receive treatment without discrimination as to race, color, religion, sex, national origin, disability, sexual orientation, source of payment, or age.

(3) Receive considerate and respectful care in a clean and safe environment free of unnecessary restraints.

(4) Receive emergency care if you need it.

(5) Be informed of the name and position of the doctor who will be in charge of your care in the hospital.

(6) Know the names, positions and functions of any hospital staff involved in your care and refuse their treatment, examination or observation.

(7) A no smoking room.

(8) Receive complete information about your diagnosis, treatment and prognosis.

(9) Receive all the information that you need to give informed consent for any proposed procedure or treatment. This information shall include the possible risks and benefits of the procedure or treatment.

(10) Receive all the information you need to give informed consent for an order not to resuscitate. You also have the right to designate an individual to give this consent for you if you are too ill to do so. If you would like additional information, please ask for a copy of the pamphlet "Deciding About Health Care — A Guide for Patients and Families."

(11) Refuse treatment and be told what effect this may have on your health.

(12) Refuse to take part in research. In deciding whether or not to participate, you have the right to a full explanation.

(13) Privacy while in the hospital and confidentiality of all information and records regarding your care.

(14) Participate in all decisions about your treatment and discharge from the hospital. The hospital must provide you with a written discharge plan and written description of how you can appeal your discharge.

(15) Review your medical record without charge. Obtain a copy of your medical record for which the hospital can charge a reasonable fee. You cannot be denied a copy solely because you cannot afford to pay.

(16) Receive an itemized bill and explanation of all charges.

(17) Complain without fear of reprisals about the care and services you are receiving and to have the hospital respond to you and if you request it, a written response. If you are not satisfied with the hospital's response, you can complain to the New York State Health Department. The hospital must provide you with the State Health Department telephone number.

(18) Authorize those family members and other adults who will be given priority to visit consistent with your ability to receive visitors.

(19) Make known your wishes in regard to anatomical gifts. You may document your wishes in your health care proxy or on a donor card, available from the hospital.

Public Health Law(PHL)2803 (1)(g)Patient's Rights, 10NYCRR, 405.7,405.7(a)(1),405.7(c)

13